McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0001-MCE-2 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LIONEL ORNELAS, aka Lionel Ornelus, | Date: June 6, 2019<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and defendant Lionel Ornelas, through his counsel of record, stipulate that the status conference now set for June 6, 2019, be continued to July 25, 2019, at 10:00 a.m.[1]

On January 4, 2018, Mr. Alvarez and Mr. Ornelas were both arraigned on the twenty-nine-count Indictment in this case. (ECF No. 21.) Following the arraignment, the United States produced 300-plus pages of discovery to each defendant, which included the defendants' criminal histories, search warrant packages from the day each man was arrested, and all of the investigative packages submitted to the Court during this 8-month investigation.

In October 2018, the government supplemented this discovery with over 1,000 additional pages of reports and memoranda, and 32 compact disks with audio and video recordings from surveillance.

---

[1] The second defendant in this case, Tony Acosta Alvarez, will appear as scheduled for the June 6, 2019 status hearing. Mr. Acosta Alvarez intends to enter a change of plea on that date.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

Some time later, counsel for both defendants identified technical problems with several disks. In May 2019, the government produced replacement copies of all problem disks to both defense counsel.

Counsel for Mr. Ornelas requires additional time to review the discovery materials, time to discuss them with her client, time to conduct additional investigation, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently scheduled for June 6, 2019, be continued to July 25, 2019, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 25, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: June 3, 2019  */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: June 3, 2019  */s/ THD for Tasha Paris Chalfant*
TASHA PARIS CHALFANT
Attorney for Defendant Lionel Ornelas

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Time from the date the parties stipulated, up to and including July 25, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 6, 2019 status conference be continued until July 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE