TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0001 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE J&S AND MODIFY DISCLOSURE DATES** |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

The above matter is currently scheduled for Judgment and Sentencing on December 11, 2019. The defense is requesting to continue the date and modify the disclosure dates because probation needs additional time to prepare the pre-sentence report ("PSR"). The defense provided probation with an extremely large number of records relevant to Mr. Ornelas. Furthermore, the defense is still attempting to obtain relevant mitigation records and intends to forward those to probation for inclusion in the draft PSR.

The parties have no objections to this request. This is necessary to properly represent the defendant.

The new date requested for Judgment and Sentencing is February 6, 2020, at 10:00 a.m.  Accordingly, the new requested Schedule of Disclosure for the PSR is:

| | |
|---|---|
| Judgment and Sentencing - | 02/06/20 |
| Reply Date, or Statement of Non-Opposition – | 01/30/20 |
| Motion for Correction Date – | 01/23/20 |
| Report Date (Final) – | 01/16/20 |
| Counsel's Written Objections Date – | 01/09/20 |
| Proposed Date of Report (Draft) – | 12/26/19 |

Respectfully submitted,

Dated:  December 4, 2019

/s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
LIONEL ORNELAS

Dated:  December 4, 2019

/s/Tasha Paris Chalfant for
TIMOTHY DELGADO
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  December 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE