| | |
|---|---|
| 1 | TASHA PARIS CHALFANT, SBN 207055 |
| 2 | Attorney at Law |
|   | 5701 Lonetree Blvd., Suite 312 |
| 3 | Rocklin, California 95765 |
|   | Telephone: (916) 444-6100 |
| 4 | Fax: (916) 930-6093 |
| 5 | E-Mail: tashachalfant@gmail.com |
| 6 | Attorney for Defendant |
| 7 | LIONEL ORNELAS |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-0001 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE J&S AND MODIFY DISCLOSURE DATES** |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

The above matter is currently scheduled for Judgment and Sentencing on June 11, 2020. In light of the Court moving the J&S, the parties agreed that new disclosure dates were necessary. The defense is requesting to modify the disclosure dates and the parties have no objections to this request. This is necessary to properly represent the defendant.

The new date requested for Judgment and Sentencing is June 11, 2020, at 10:00 a.m. Accordingly, the new requested Schedule of Disclosure for the PSR is:

Judgment and Sentencing -                             06/11/20

Reply Date, or Statement of Non-Opposition –   06/04/20

///

///

- 1 -

| | | |
|---|---|---|
| 1 | Motion for Correction Date – | 05/28/20 |
| 2 | Report Date (Final) – | 05/21/20 |
| 3 | | Respectfully submitted, |

Dated: February 5, 2020  /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
LIONEL ORNELAS

Dated: February 5, 2020  /s/Tasha Paris Chalfant for
TIMOTHY DELGADO
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: February 20, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE