| | |
|---|---|
| 1 | TASHA PARIS CHALFANT, SBN 207055 |
| | Attorney at Law |
| 2 | 5701 Lonetree Blvd., Suite 312 |
| 3 | Rocklin, California 95765 |
| | Telephone:   (916) 444-6100 |
| 4 | Fax:              (916) 930-6093 |
| 5 | E-Mail:        tashachalfant@gmail.com |
| 6 | Attorney for Defendant |
| 7 | LIONEL ORNELAS |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0001 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE J&S AND MODIFY DISCLOSURE DATES** |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

     The above matter is currently scheduled for Judgment and Sentencing on June 4, 2020. The defense is requesting to continue the date and modify the disclosure dates because probation needs additional time to prepare the pre-sentence report ("PSR"). The parties have discussed pending issues as to the career offender status of Mr. Ornelas and litigation which may be dispositive. Further, this case was previously handled by Assistant United States Attorney Timothy Delgado and Assistant United States Attorney Kelli L. Taylor will be handling this case now.

     The parties have no objections to this request. This is necessary to properly represent the defendant.

- 2 -

The new date requested for Judgment and Sentencing is September 24, 2020, at 10:00 a.m.  Accordingly, the new requested Schedule of Disclosure for the PSR is:

| | |
|---|---|
| Judgment and Sentencing - | 09/24/20 |
| Reply Date, or Statement of Non-Opposition – | 09/17/20 |
| Motion for Correction Date – | 09/10/20 |
| Report Date (Final) – | 09/03/20 |
| Counsel's Written Objections Date – | 08/27/20 |

Respectfully submitted,

Dated:  May 18, 2020        /s/Tasha Paris Chalfant
                            TASHA PARIS CHALFANT
                            Attorney for Defendant
                            LIONEL ORNELAS

Dated:  May 18, 2020        /s/Tasha Paris Chalfant for
                            KELLI L. TAYLOR
                            Assistant United States Attorney
                            Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  May 21, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE