TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>LIONEL ORNELAS,<br><br>                        Defendant. | 2:18-CR-0001 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE J&S AND MODIFY DISCLOSURE DATES** |

The above matter is currently scheduled for Judgment and Sentencing on September 24, 2020.  The defense is requesting to continue the date and modify the disclosure dates because there have been no in-person visits at the Sacramento Main Jail with Mr. Ornelas to further discuss the pre-sentence report ("PSR").  The parties have discussed pending issues as to the career offender status of Mr. Ornelas and litigation which may be dispositive.  Further, this case was previously handled by Assistant United States Attorney Timothy Delgado and Assistant United States Attorney Kelli L. Taylor will be handling this case now.

The parties have no objections to this request.  This is necessary to properly represent the defendant.

The new date requested for Judgment and Sentencing is November 12, 2020, at 10:00 a.m.  Accordingly, the new requested Schedule of Disclosure for the PSR is:

| | |
|---|---|
| Judgment and Sentencing – | 11/12/20 |
| Reply Date, or Statement of Non-Opposition – | 11/05/20 |
| Motion for Correction Date – | 10/29/20 |
| Report Date (Final) – | 10/22/20 |
| Counsel's Written Objections Date – | 10/15/20 |

                                                Respectfully submitted,

Dated:  August 25, 2020                /s/Tasha Paris Chalfant
                                                TASHA PARIS CHALFANT
                                                Attorney for Defendant
                                                LIONEL ORNELAS

Dated:  August 25, 2020                /s/Tasha Paris Chalfant for
                                                KELLI L. TAYLOR
                                                Assistant United States Attorney
                                                Counsel for Plaintiff

      IT IS SO ORDERED.

Dated:  August 26, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE