TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 444-6100
Fax:               (916) 930-6093
E-Mail:          tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                v.<br><br>LIONEL ORNELAS,<br><br>                              Defendant. | 2:18-CR-0001 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE J&S AND MODIFY DISCLOSURE DATES** |

   The above matter is currently scheduled for Judgment and Sentencing on November 12, 2020.  The defense is requesting to continue the date and modify the disclosure dates because there have been no in-person visits at the Sacramento Main Jail with Mr. Ornelas to further discuss the pre-sentence report ("PSR").  The parties have discussed pending issues as to the career offender status of Mr. Ornelas and litigation which may be dispositive.  Further, this case was previously handled by Assistant United States Attorney Timothy Delgado and Assistant United States Attorney Kelli L. Taylor will be handling this case now.

- 1 -

- 2 -

1     The parties have no objections to this request, with the understanding this will be

2    the last request to continue by the defense.  This is necessary to properly represent the

3    defendant.

4     The new date requested for Judgment and Sentencing is January 28, 2021, at

5    10:00 a.m.  Accordingly, the new requested Schedule of Disclosure for the PSR is:

| | |
|---|---|
| Judgment and Sentencing – | 01/28/21 |
| Reply Date, or Statement of Non-Opposition – | 01/21/21 |
| Motion for Correction Date – | 01/14/21 |
| Report Date (Final) – | 01/07/21 |
| Counsel's Written Objections Date – | 12/31/20 |

Respectfully submitted,

Dated:  October 15, 2020       /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
LIONEL ORNELAS

Dated:  October 15, 2020       /s/Tasha Paris Chalfant for
KELLI L. TAYLOR
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  October 19, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -