1  McGREGOR W. SCOTT
United States Attorney
2  KELLI L. TAYLOR
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900
5

6  Attorneys for United States

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                  CASE NO. 2:18-CR-0001 MCE

12                         Plaintiff,          STIPULATION AND ORDER TO
                                               CONTINUE JUDGMENT & SENTENCING
13  v.                                         AND MODIFY DISCLOSURE DATES

14  LIONEL ORNELAS,

15                         Defendant.

16

17        The above matter is currently scheduled for Judgment and Sentencing on February 11, 2021.

18  The parties have learned the Probation Officer assigned to this action is ill and needs additional time to

19  complete the final report.  The parties have no objections to his request and stipulate to the following

20  proposed modified schedule:

21        Objections -                                01/14/21

22        Report Date (Final) –                        01/28/21

23        Motion for Correction Date –                 02/11/21

24        Reply Date, or Statement of Non-Opposition – 02/25/21

25        Judgment and Sentencing –                    03/25/21

26  ///

27  ///

28  ///

1    IT IS SO STIPULATED:

2                                            Respectfully submitted,

3    Dated: January 6, 2021              McGREGOR W. SCOTT
                                           United States Attorney

4

5                               By:        */s/ Kelli L. Taylor*
                                           KELLI L. TAYLOR

6                                            Assistant United States Attorney
                                           Counsel for the United States

7

8    Dated: January 6, 2021                    */s/ Tasha Paris Chalfant* (auth. 1/6/21)
                                           TASHA PARIS CHALFANT

9                                            Attorney for Defendant
                                           LIONEL ORNELAS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Lionel Ornelas*        2
2:18-CR-0001 MCE

**ORDER**

Based on the parties' stipulation, and good cause appearing, the Court hereby modifies the dates in this case as follows:

| | |
|---|---|
| Objections – | 01/14/21 |
| Report Date (Final) – | 01/28/21 |
| Motion for Correction Date – | 02/11/21 |
| Reply Date, or Statement of Non-Opposition – | 02/25/21 |
| Judgment and Sentencing – | 03/25/21 |

IT IS SO ORDERED.

Dated:  January 19, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

*United States v. Lionel Ornelas*
2:18-CR-0001 MCE

3