TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:         tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00001-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE J&S TO JULY 8, 2021** |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

    The above matter is currently scheduled for Judgment and Sentencing on March 25, 2021.  The defense is requesting to continue the date to July 8, 2021.

    Mr. Ornelas is facing a lengthy sentence and counsel is still working through various issues with her client. Mr. Ornelas also wants to be sentenced in open court and have his family present for such. Due to the COVID pandemic, the courthouse is still closed and counsel has not personally visited Mr. Ornelas at the Sacramento Main Jail.

    The parties have no objections to this request.  This is necessary to properly represent the defendant.

The new date requested for Judgment and Sentencing is **July 8, 2021, at 10:00 a.m**. All disclosure dates have previously been satisfied.

                                                  Respectfully submitted,

Dated: March 12, 2021　　　　　　　/s/Tasha Paris Chalfant
　　　　　　　　　　　　　　　　　TASHA PARIS CHALFANT
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　LIONEL ORNELAS

Dated: March 12, 2021　　　　　　　/s/Tasha Paris Chalfant for
　　　　　　　　　　　　　　　　　KELLI L. TAYLOR
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED**.

Dated: March 16, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE