1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for United States

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0001 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

The parties hereby stipulate to continue the sentencing of this matter from July 8, 2021, until August 26, 2021, based on the unavailability of the government's counsel. All sentencing documents have already been filed.

IT IS SO STIPULATED:

Respectfully submitted,

Dated: June 15, 2021              PHILLIP A. TALBERT
                                  Acting United States Attorney


                         By:      */s/ Kelli L. Taylor*
                                  KELLI L. TAYLOR
                                  Assistant United States Attorney
                                  Counsel for the United States

Dated: June 15, 2021

                                  */s/ Tasha Paris Chalfant* (auth. 6/15/21)
                                  TASHA PARIS CHALFANT
                                  Attorney for Defendant
                                  LIONEL ORNELAS

# ORDER

Based on the parties' stipulation, and good cause appearing, the Court hereby continues the sentencing hearing to August 26, 2021.

IT IS SO ORDERED.

Dated: June 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE