TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-0001 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE J&S TO SEPTEMBER 2, 2021** |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

The above matter is currently scheduled for Judgment and Sentencing on August 26, 2021.  The defense is requesting to continue the date to September 2, 2021.

Counsel for Mr. Ornelas is unavailable during the last week in August due to travel on another case.  We are requesting a one week continuance of the sentencing.

The parties have no objections to this request.  This is necessary to properly represent the defendant.

The new date requested for Judgment and Sentencing is September 2, 2021, at 10:00 a.m.  All disclosure dates have previously been satisfied.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 3, 2021 | /s/Tasha Paris Chalfant<br>TASHA PARIS CHALFANT<br>Attorney for Defendant<br>LIONEL ORNELAS |
| Dated:  August 3, 2021 | /s/Tasha Paris Chalfant for<br>KELLI L. TAYLOR<br>Assistant United States Attorney<br>Counsel for Plaintiff |

**ORDER**

The August 26, 2021, Judgment and Sentencing in this case is hereby VACATED and CONTINUED to September 9, 2021.

IT IS SO ORDERED.

Dated:  August 10, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE