TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>LIONEL ORNELAS,<br><br>            Defendant. | 2:18-CR-00001-MCE-2<br><br>**STIPULATION AND ORDER TO CONTINUE J&S TO NOVEMBER 4, 2021** |

   The above matter is currently scheduled for Judgment and Sentencing on September 9, 2021.  The defense is requesting to continue the date to November 4, 2021.

   Due to the significant amount of time Mr. Ornelas is facing, he wants this sentencing to be held in-person with his family able to be in attendance.

   The parties have no objections to this request.  This is necessary to properly represent the defendant.

///

///

///

- 1 -

- 2 -

The new date requested for Judgment and Sentencing is **November 4, 2021**, at **10:00 a.m**. All disclosure dates have previously been satisfied.

Respectfully submitted,

Dated: September 3, 2021 /s/Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
LIONEL ORNELAS

Dated: September 3, 2021 /s/Tasha Paris Chalfant for
KELLI L. TAYLOR
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: September 7, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE