TASHA PARIS CHALFANT, SBN 207055
Attorney at Law
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:   (916) 444-6100
Fax:              (916) 930-6093
E-Mail:        tashachalfant@gmail.com

Attorney for Defendant
LIONEL ORNELAS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>LIONEL ORNELAS,<br><br>         Defendant. | 2:18-CR-0001 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE J&S TO JANUARY 20, 2022** |

    The above matter is currently scheduled for Judgment and Sentencing on November 4, 2021.  The defense is requesting to continue the date to January 20, 2022.

    Due to the significant amount of time Mr. Ornelas is facing, he wants this sentencing to be held in-person with his family able to be in attendance.  He is also undergoing follow-up medical tests to diagnosis a potentially serious condition.

    The parties have no objections to this request.  This is necessary to properly represent the defendant.

///

///

- 1 -

The new date requested for Judgment and Sentencing is January 20, 2022, at 10:00 a.m. All disclosure dates have previously been satisfied.

Respectfully submitted,

Dated: October 28, 2021         /s/Tasha Paris Chalfant
                                TASHA PARIS CHALFANT
                                Attorney for Defendant
                                LIONEL ORNELAS

Dated: October 28, 2021         /s/Tasha Paris Chalfant for
                                KELLI L. TAYLOR
                                Assistant United States Attorney
                                Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

DATED: November 3, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE