PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff/Respondent,<br><br>v.<br><br>LIONEL ORNELAS,<br><br>　　　　　Defendant/Petitioner. | CASE NO. 2:18-CR-00001-KJM<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

On April 4, 2022, the Respondent requested an extension of time to May 3, 2022, to respond to Defendant's pro se motion for compassionate release.  ECF 114.

IT IS HEREBY ORDERED that the Respondent's request for an extension is granted.  The response is now due May 3, 2022.

DATED:  April 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE