PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00001-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| LIONEL ORNELAS, | |
| Defendant. | |

The United States, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate to a new briefing schedule in this matter.

Defendant filed a *pro se* motion for compassionate release on April 1, 2022. Docket No. 114. On April 5, 2022, the Court appointed defense counsel, who needs more time to talk with her client, gather relevant information, and likely file a new motion. Docket No. 116. The United States does not oppose that request.

Accordingly, the parties hereby stipulate and jointly request the Court modify the briefing schedule on Defendant's motion as follows:

1. Defendant's supplemental motion be filed on or before June 8, 2022;

2. The United States' response to Defendant's motion be filed on or before June 29, 2022;

3. Defendant's reply be filed on or before July 6, 2022.

IT IS SO STIPULATED.

Dated: April 29, 2022              PHILLIP A. TALBERT
                                   United States Attorney


                                   /s/ Kelli L. Taylor
                                   KELLI L. TAYLOR
                                   Assistant United States Attorney


Dated: April 29, 2022              /s/ Tasha Paris Chalfant
                                   TASHA PARIS CHALFANT
                                   Counsel for Defendant
                                   LIONEL ORNELAS


**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) Defendant's supplemental motion is due on or before June 8, 2022;

b) The government's response to the defendant's motion, is due on or before June 29, 2022; and

c) The defendant's reply to the government's response, if any, is due on July 6, 2022.

IT IS SO FOUND AND ORDERED this 9th day of May, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION RE BRIEFING SCHEDULE                    2